IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES | : |
| v. | : Case No. 21-mj-0884-ADC |
| SEAN REIDPATH SULLIVAN | : |
| Defendant | : |

**MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE**

Sean Reidpath Sullivan, the Defendant, by and through undersigned counsel, moves this Court to modify the terms of his pretrial release to permit Mr. Sullivan to retrieve his passport from the Clerk's Office no later than August 16, 2022 in order to renew his passport with the National Passport Center, and to travel to Switzerland and Thailand for a business trip from August 21, 2022 through September 5, 2022. In support thereof, Mr. Sullivan states the following:

1. On March 31, 2021, Mr. Sullivan made his initial appearance before this Court on a criminal complaint charging him with unlawful importation of a firearm into the United States.

2. On the same day as his initial appearance, Mr. Sullivan was released on conditions pending trial in this matter.

3. At his initial appearance, Pretrial Services did not deem Mr. Sullivan a flight risk, or a danger to the community for that matter, as the Pretrial Services Report recommended that Mr. Sullivan be released on his personal recognizance. The government did not seek detention in this case.

4. Pretrial Services has reported that Mr. Sullivan is fully compliant with his release conditions.

5. Mr. Sullivan's pretrial release conditions provide that he must surrender any passport to the Clerk's Office and obtain no additional passport. His pretrial release conditions do not otherwise restrict his travel.

6. Mr. Sullivan requests to retrieve his passport from the Clerk's Office no later than August 16, 2022 to renew his passport with the National Passport Center for travel internationally on business from August 21, 2022 to September 5, 2022. Mr. Sullivan has an appointment with the National Passport Center for an expedited renewal for a fee.

7. The proposed travel is a business trip to Switzerland on August 21, 2022 relating to Mr. Sullivan's employment with B&T USA. Mr. Sullivan is an executive officer of B&T USA, the American arm of a Swiss firearms company. The purpose of this trip is for Mr. Sullivan to be a part of the filming of multiple YouTube videos showcasing B&T's products and accessories. B&T will also be hosting video teams for several television channels.

8. The second proposed leg of this trip is a meeting in Thailand from August 26, 2022 to September 5, 2022, to attend the 2022 Defense and Security Trade Show on behalf of B&T. B&T is registered for the American pavilion at the Trade Show.

9. Mr. Sullivan plans to return to Maryland on September 5, 2022, and proposes that he return his passport to the Clerk's Office within three days of his return to Maryland.

10. Mr. Sullivan has traveled internationally without incident approximately seven times now while on pretrial release.

11. Further ensuring that Mr. Sullivan will appear in Court is the fact that Switzerland and Thailand have extradition treaties with the United States. *See Treaty & Additional Protocol Signed at Rio De Janeiro, U.S.-Brazil*, Jan. 13, 1961, & June 18, 1962, 15 U.S.T. 2093; *Extradition Treaty between the Gov't of the United States of America & the Gov't of the Swiss Confederation*, T.I.A.S. No. 97-910 (Sept. 10, 1997).; *Extradition Treaty between the Gov't of the United States of America and the Gov't of the Kingdom of Thailand*, signed at Washington, DC (Dec. 14, 1983).

12. Mr. Sullivan has a long history of serving his country with honor. He graduated from the United States Naval Academy in 2007. After graduation, he was commissioned as an officer in the United States Marines Corps. Mr. Sullivan had multiple combat deployments in Afghanistan, Western Africa and Indonesia. From 2017-2022, Mr. Sullivan has served the Department of Homeland Security with distinction. His work has been recognized with the Secretary's Award from DHS, the Director's Award from ICE and the Joint Civil Service Commendation from the Joint Special Operations Command.

13. Mr. Sullivan is permitted to travel overseas and has complied with his obligations to notify DHS of personal international travel. Because Mr. Sullivan had a security clearance, he was obligated to notify the security clearance team of his personal overseas travel. Mr. Sullivan attempted to do so for his initial international trip after his arrest. He was advised that because his security clearance was suspended he no longer had to notify the security clearance team of his travels. Mr. Sullivan's

direct supervisor advised Mr. Sullivan he had no additional obligations to notify DHS of personal travel.

14. AUSA's Michael Cunningham and Christina Hoffman have not finalized their position regarding this request.

15. Pretrial Services Officer Natalie Vallandingham has no objection to this request.

**WHEREFOR**E, Mr. Sullivan asks that this Court modify the conditions of his release to permit him to retrieve his passport from the Clerk's Office no later than August 16, 2022 to renew his passport with the National Passport Center for travel to Switzerland and Thailand from August 21, 2022 to September 5, 2022.

Respectfully submitted,

James Wyda
Federal Public Defender
 for the District of Maryland

_____/s/_____
James Wyda (#25298)
Office of the Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland 21201
Phone: (410) 962-3962
Fax:    (410) 962-3976
Email: jim_wyda@fd.org