IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| v. | : | Case No. 21-mj-0884-ADC |
| | : | |
| SEAN REIDPATH SULLIVAN | : | |
| | : | |
| Defendant | : | |

…ooOoo…

## GOVERNMENT'S RESPONSE TO DEFENDANT'S
## MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

The United States, by it's undersigned counsel, hereby responds to Defendant's motion to modify his conditions of pretrial release to permit overseas travel. The government has heretofore not opposed such modification, with the express proviso that said acquiescence not be used in any potential, future sentence proceedings as indicative of the government's position relative to the seriousness of the alleged crimes and the appropriateness of punishment for such crimes. With the same limitation, the government does not oppose the most recently requested modification.

Very truly yours,

Erek L. Barron
United States Attorney

By: /s/ P. Michael Cunningham
P. Michael Cunningham
Christina Hoffman
Assistant United States Attorneys